**Fill in this information to identify the case:**

Debtor 1: John J. Magnone

Debtor 2: Autumn M. Magnone
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of West Virginia

Case number: 15-00009

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** BSI Financial Services

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 0 8 4 0

**Property address:**
101 Bird Way
Weirton, WV 26062

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __/__/____ MM/DD/YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due: (a) $ 960.03

  b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00

  c. **Total.** Add lines a and b. (c) $ 960.03

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 08/01/2020 MM/DD/YYYY

Form 4100R          Response to Notice of Final Cure Payment          page 1

Debtor 1   John J. Magnone
First Name   Middle Name   Last Name

Case number (if known) __15-00009__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _/s/ signature_    Date 09 / 17 / 2020
Signature

Print  Timothy J. Amos    Title  Counsel for BSI Financial Services
       First Name   Middle Name   Last Name

Company  Golden and Amos PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  543 Fifth Street
         Number   Street

         Parkersburg   WV   26101
         City           State   ZIP Code

Contact phone ( 304 ) 485 – 3851    Email dcramlet@goldenamos.com


BSI Financial Services

| Payment Changes | | | | |
|---|---|---|---|---|
| P&I | Escrow | Total | Notice Filed | Date |
| $642.74 | $352.45 | $995.19 | Filed w/POC | 2/1/2015 |
| $642.74 | $354.39 | $997.13 | NOPC | 2/1/2016 |
| $642.74 | $472.31 | $1,115.05 | NOPC | 3/1/2017 |
| $642.74 | $222.34 | $865.08 | NOPC | 6/1/2017 |
| $642.74 | $182.20 | $824.94 | NOPC | 11/1/2019 |
| | $0.00 | | | |

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | Magnone |
| BK Case # | 15-00009 |
| Date Filed | 1/6/2015 |
| First Post Petition Due Date | 2/1/2015 |
| POC Covers | 6/1/13-1/1/15 |

| Date | Amount Rcvd | Post Pet Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|
| 2/26/2015 | $1,648.50 | 3/1/2015 | $995.19 | $653.31 | $653.31 | | $653.31 | |
| 3/30/2015 | $1,348.20 | 4/1/2015 | $995.19 | $353.01 | $353.01 | | $1,006.32 | |
| 3/30/2015 | | 5/1/2015 | $995.19 | -$995.19 | | $995.19 | $11.13 | |
| 4/27/2015 | $998.90 | 6/1/2015 | $995.19 | $3.71 | $3.71 | | $14.84 | |
| 5/27/2015 | $998.90 | 7/1/2015 | $995.19 | $3.71 | $3.71 | | $18.55 | |
| 6/26/2015 | $998.90 | 8/1/2015 | $995.19 | $3.71 | $3.71 | | $22.26 | |
| 7/29/2015 | $998.90 | 9/1/2015 | $995.19 | $3.71 | $3.71 | | $25.97 | |
| 8/27/2015 | $998.90 | 10/1/2015 | $995.19 | $3.71 | $3.71 | | $29.68 | |
| 9/29/2015 | $998.90 | 11/1/2015 | $995.19 | $3.71 | $3.71 | | $33.39 | |
| 10/28/2015 | $998.90 | 12/1/2015 | $995.19 | $3.71 | $3.71 | | $37.10 | |
| 1/29/2016 | $995.19 | 1/1/2016 | $995.19 | $0.00 | | | $37.10 | |
| 2/26/2016 | $997.13 | 2/1/2016 | $997.13 | $0.00 | | | $37.10 | |
| 3/29/2016 | $997.13 | 3/1/2016 | $997.13 | $0.00 | | | $37.10 | |
| 5/27/2016 | $997.13 | 4/1/2016 | $997.13 | $0.00 | | | $37.10 | |
| 7/28/2016 | $997.13 | 5/1/2016 | $997.13 | $0.00 | | | $37.10 | |
| 8/30/2016 | $997.13 | 6/1/2016 | $997.13 | $0.00 | | | $37.10 | |
| 9/28/2016 | $1,994.26 | 7/1/2016 | $997.13 | $997.13 | $997.13 | | $1,034.23 | |
| 9/28/2016 | | 8/1/2016 | $997.13 | -$997.13 | | $997.13 | $37.10 | |
| 11/22/2016 | $997.13 | 9/1/2016 | $997.13 | $0.00 | | | $37.10 | |
| 12/22/2016 | $1,994.26 | 10/1/2016 | $997.13 | $997.13 | $997.13 | | $1,034.23 | |
| 12/22/2016 | | 11/1/2016 | $997.13 | -$997.13 | | $997.13 | $37.10 | |
| 2/27/2017 | $1,994.26 | 12/1/2016 | $997.13 | $997.13 | $997.13 | | $1,034.23 | |
| 12/27/2017 | | 1/1/2017 | $997.13 | -$997.13 | | $997.13 | $37.10 | |
| 3/30/2017 | $1,115.05 | 2/1/2017 | $997.13 | $117.92 | $117.92 | | $155.02 | |
| 4/21/2017 | $1,115.05 | 3/1/2017 | $1,115.05 | $0.00 | | | $155.02 | |
| 5/25/2017 | $1,115.05 | 4/1/2017 | $1,115.05 | $0.00 | | | $155.02 | |
| 6/28/2017 | $865.08 | | | $865.08 | $865.08 | | $1,020.10 | |
| 7/31/2017 | $865.08 | 5/1/2017 | $1,115.05 | -$249.97 | | $249.97 | $770.13 | |

| Date | Amount | Date | Amount | Amount | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 8/25/2017 | $865.08 | 6/1/2017 | $865.08 | $0.00 | | | $770.13 |
| 9/29/2017 | $865.08 | 7/1/2017 | $865.08 | $0.00 | | | $770.13 |
| 10/30/2017 | $865.08 | 8/1/2017 | $865.08 | $0.00 | | | $770.13 |
| 11/29/2017 | $865.08 | 9/1/2017 | $865.08 | $0.00 | | | $770.13 |
| 1/30/2018 | $1,730.16 | 10/1/2017 | $865.08 | $865.08 | $865.08 | | $1,635.21 |
| 1/30/2018 | $3,511.23 | | | $3,511.23 | | | $1,635.21 |
| 1/30/2018 | | 11/1/2017 | $865.08 | -$865.08 | | $865.08 | $770.13 |
| 2/27/2018 | $865.08 | 12/1/2017 | $865.08 | $0.00 | | | $770.13 |
| 3/28/2018 | $865.08 | 1/1/2018 | | $865.08 | | | $770.13 |
| 4/27/2018 | $865.08 | 2/1/2018 | | $865.08 | | | $770.13 |
| 5/30/2018 | $865.08 | 3/1/2018 | | $865.08 | | | $770.13 |
| 7/3/2018 | $865.08 | 4/1/2018 | | $865.08 | | | $770.13 |
| 8/31/2018 | $1,730.16 | 5/1/2018 | $865.08 | $865.08 | $865.08 | | $1,635.21 |
| 8/31/2018 | | 6/1/2018 | $865.08 | -$865.08 | | $865.08 | $770.13 |
| 9/28/2018 | $865.08 | 7/1/2018 | $865.08 | $0.00 | | | $770.13 |
| 10/31/2018 | $865.08 | 8/1/2018 | $865.08 | $0.00 | | | $770.13 |
| 11/30/2018 | $865.08 | 9/1/2018 | $865.08 | $0.00 | | | $770.13 |
| 1/31/2019 | $1,730.16 | 10/1/2018 | $865.08 | $865.08 | $865.08 | | $1,635.21 |
| 1/31/2019 | | 11/1/2018 | $865.08 | -$865.08 | | $865.08 | $770.13 |
| 3/29/2019 | $1,730.16 | 12/1/2018 | $865.08 | $865.08 | $865.08 | | $1,635.21 |
| 5/31/2019 | $1,730.16 | 1/1/2019 | $865.08 | $865.08 | $865.08 | | $2,500.29 |
| 7/31/2019 | $865.08 | 2/1/2019 | $865.08 | $0.00 | | | $2,500.29 |
| 7/31/2019 | | 3/1/2019 | $865.08 | -$865.08 | | $865.08 | $1,635.21 |
| 7/31/2019 | | 4/1/2019 | $865.08 | -$865.08 | | $865.08 | $770.13 |
| 8/28/2019 | $865.08 | 5/1/2019 | $865.08 | $0.00 | | | $770.13 |
| 9/30/2019 | $865.08 | 6/1/2019 | $865.08 | $0.00 | | | $770.13 |
| 10/31/2019 | $1,649.88 | 7/1/2019 | $865.08 | $784.80 | $865.08 | | $1,635.21 |
| 12/30/2019 | $824.94 | 8/1/2019 | $865.08 | -$40.14 | | $40.14 | $1,595.07 |
| 1/29/2020 | $1,649.88 | 9/1/2019 | $865.08 | $784.80 | $784.80 | | $2,379.87 |
| 2/27/2020 | $824.94 | 10/1/2019 | $865.08 | -$40.14 | | $40.14 | $2,339.73 |
| 3/24/2020 | $824.94 | 11/1/2019 | $824.94 | $0.00 | | | $2,339.73 |
| 4/29/2020 | $824.94 | 12/1/2019 | $824.94 | $0.00 | | | $2,339.73 |
| 4/29/2020 | | 1/1/2020 | $824.94 | -$824.94 | | $824.94 | $1,514.79 |
| 4/29/2020 | | 2/1/2020 | $824.94 | -$824.94 | | $824.94 | $689.85 |
| 9/10/2020 | $4,124.70 | 3/1/2020 | $824.94 | $3,299.76 | $3,299.76 | | $3,989.61 |
| 9/10/2020 | | 4/1/2020 | $824.94 | -$824.94 | | 824.94 | $3,164.67 |
| 9/10/2020 | | 5/1/2020 | $824.94 | -$824.94 | | 824.94 | $2,339.73 |
| 9/10/2020 | | 6/1/2020 | $824.94 | -$824.94 | | 824.94 | $1,514.79 |
| 9/10/2020 | | 7/1/2020 | $824.94 | -$824.94 | | 824.94 | $689.85 |
| | | | | $0.00 | | | $689.85 |
| | | | | $0.00 | | | $689.85 |
| | | | | $0.00 | | | $689.85 |
| | | | | $0.00 | | | $689.85 |
| | | | | $0.00 | | | $689.85 |
| | | | | $0.00 | | | $689.85 |
| | | | | $0.00 | | | $689.85 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(WHEELING)

| | |
|---|---|
| IN THE MATTER OF:<br>JOHN J. MAGNONE<br>AUTUMN M. MAGNONE<br>DEBTORS | CASE NO. 15-00009<br><br>CHAPTER 13 |

### CERTIFICATE OF SERVICE

The undersigned, Timothy J. Amos, attorney for BSI FINANCIAL SERVICES, a corporation, for itself, its successors and/or assigns, or as servicer, hereby certifies that on the 17th day of September, 2020, he served the foregoing and hereto annexed RESPONSE TO NOTICE OF FINAL CURE PAYMENT by mailing, postage prepaid, true copies thereof through the United States Mail, addressed as follows:

John J. Magnone
Autumn M. Magnone
101 Bird Way
Weirton, WV  26062

And served via electronic filing as follows:

Roger A. Isla
Isla Law Offices
Debtors Counsel

Helen M. Morris
Meagan Preece
Office of the Chapter 13 Trustee

_____
Timothy J. Amos
WV State Bar #7683
Post Office Box 81
Parkersburg, WV  26102
Telephone:  304/485-3851
Fax:        304/485-0261